**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

GEORGE ROBERT HUFF; MARIA
HUFF; V.R.H., by and through his
Guardian Ad Litem George Robert
Huff,
        *Plaintiffs-Appellants,*

v.

CITY OF BURBANK, a municipal
corporation; DARIN RYBURN, as an
individual and in his official
capacity; EDMUNDO ZEPEDA, as an
individual and in his official
capacity; CHRIS ROBARTS, as an
individual and in his official
capacity; FERNANDO MUNOZ, as an
individual and in his official
capacity,
        *Defendants-Appellees.*

No. 09-55239

D.C. No.
2:07-cv-04114-
FMC-AJW

ORDER

On Remand from the United States Supreme Court

Filed April 19, 2012

Before: Alex Kozinski, Chief Circuit Judge,
Johnnie B. Rawlinson, Circuit Judge, and
Algenon L. Marbley, United States District Judge.*

*The Honorable Algenon L. Marbley, United States District Judge for
the Southern District of Ohio, sitting by designation.

# ORDER

We remand to the district court to comply with the United States Supreme Court's decision in *Ryburn* v. *Huff*, 132 S. Ct. 987 (2012).

The mandate shall issue forthwith. *See* Fed. R. App. P. 41(b).